IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-01372-RPM

DISCONNECT, INC., a Colorado corporation,

        Plaintiff,

v.

MC LLC, d/b/a TRANZACT, a Delaware limited liability company,
DAVID GRAF, and
MITCHELL GINZBURG,

        Defendants.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon consideration of Plaintiff's Response to Order to Show Cause [3], filed on March 17, 2008, it is

ORDERED that the Order to Show Cause entered by this Court on March 6, 2008, is discharged and it is

FURTHER ORDERED that the plaintiff shall complete service of process upon defendants or submit appropriate dismissal papers to the Court by April 17, 2008.

DATED: March 19th, 2008

                                    BY THE COURT:

                                    s/Richard P Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge