IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-01372-RPM

DISCONNECT, INC., a Colorado corporation,

    Plaintiff,

v.

MC LLC, d/b/a TRANZACT, a Delaware limited liability company,
DAVID GRAF, and
MITCHELL GINZBURG,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    Upon consideration of Plaintiff's Unopposed Motion to Dismiss Case [7], filed on May 20, 2008, it is

    ORDERED that this action is dismissed with prejudice, each party to bear its own fees and costs.

    DATED: May 21st, 2008

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge